S11Y0598. IN THE MATTER OF ROBBIE M. LEVIN.
(744 SE2d 797)

PER CURIAM.

The Court having reviewed the Notice of Compliance with Conditions submitted by the Office of the General Counsel of the State Bar of Georgia, and it appearing that Robbie M. Levin has complied with all of the conditions for reinstatement following his suspension by this Court, see In the Matter of Levin, 289 Ga. 170 (709 SE2d 808) (2011), it is hereby ordered that Robbie M. Levin be reinstated to the practice of law in the State of Georgia.

Reinstated. All the Justices concur.

DECIDED JUNE 17, 2013.

Paula J. Frederick, General Counsel State Bar, Jenny K. Mittelman, Assistant General Counsel State Bar, for State Bar of Georgia.